

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

August 3, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 9:08:00 AM
CHRISTOPHER A. PRINE
Clerk

SARAH V. WOOD
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TEXAS 77002

Defendant's Name: JAMON DERRELL WALKER

Cause No: 1395164

Court: 315ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 07/15/2015
**Sentence Imposed Date:** 07/15/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** SARAH V. WOOD
Pauper's Oath 07/23/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER -  HARRIS COUNTY COURT NUMBER

August 12, 2015

SARAH V. WOOD
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON,  TEXAS 77002

Defendant's Name:  JAMON DERRELL WALKER

Cause No:  1395164

Court:  351ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  07/15/2015
**Sentence Imposed Date:**  07/15/2015
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  SARAH V. WOOD
**Pauper's Oath Filed:**  07/23/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

     TONI GOUBEAUD  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. _1395164_

## THE STATE OF TEXAS

V.

_James Walker_ , A/K/A/ _____

___351___ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __7·15·15__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_____
**Date**

_James Walker_
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

JUL 15 2015

Time:_____
Harris County, Texas

By_____
Deputy

_Kurt Wentz_
**Attorney (Signature)**

_Kurt Wentz_
**Attorney (Printed name)**

_2117930 0_
**State Bar Number**

_5629 fm 1960_
**Address**

_281·587·0088_
**Telephone Number**

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_James Walker_
**Defendant (Signature)**

_James Walker_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___ JUL 15 2015 ___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __7/15/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: __7/15/15__

_____
JUDGE PRESIDING,
357 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1395164

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 357 DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| James Walker , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____ 7-27. 15
Judge                      Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

In custody
Defendant notice copied filed

Mailing Address: N/A

Telephone number: N/A

Fax number (if any): N/A

FILED
Chris Daniel
District Clerk
JUL 27 2015
County, Texas

Kurt Wentz
Defendant's Counsel

21179300
State Bar of Texas ID number:

Mailing Address: 5629 FM 1960

Telephone number: 281. 587. 0088

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1395164_  OFFENSE: _Cap Murder_

THE STATE OF TEXAS

_35_ DISTRICT COURT

VS.

OF

_Jamor Walker_  HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Jamor Walker_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐ Appoint appellate counsel to represent him.

☐ Asks the court to order that a free record be provided to him.

_____Custody_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _23_ day of _July_ A.D., 20 _15_.

**FILED**
**Chris Daniel**
**District Clerk**

JUL 23 2015

Time:_____
Harris County, Texas
By_____
Deputy

_____
DEPUTY DISTRICT CLERK
_35_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _7-23-15_ the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that _Harris County Public Defenders Off. of Sarah V. Wood_ is appointed to represent defendant/appellant on appeal.

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_Sarah V. Wood_
ATTORNEY (SIGNATURE)

_24048898/02157299_
BAR/SPN NUMBER

_1201 Franklin 13th Fl_
ADDRESS

_Houston TX 77002_
CITY        STATE        ZIP

_713 368 0016_
PHONE

_____
FAX NUMBER

_SaraL.Wood@pdo.hctx.net_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _7-23-15_.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

# APPEAL CARD

Due: 9-13-15    1st

**Court** 351    **Cause No.** 1395164

## The State of Texas
### Vs
Walker, Jamon Derrell

**Date Notice Of Appeal:** 7-15-15    7/15/2015

**Presentation:** Vol_____ Pg._____

**Judgment:** Vol_____ Pg._____

**Judge Presiding** Mark Kent Ellis
**Court Reporter** Toni Jourbeaud
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trial** Kurt Wentz

**Attorney on Appeal** _____

**Appointed** _____ **Hired** _____

**Offense** Capital Murder

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** Life w/o Parole

**Companion Cases (If Known)** n/a

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 7/17/2015

**Deputy Clerk** C. Harper

996